IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DOROTHY LORRAINE HARRIS,

    Petitioner,

v.                                            CASE NO. 4:10-cv-00421-MP -WCS

STATE OF FLORIDA,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 19, Report and Recommendation of the Magistrate Judge, which recommends that the § 2241 petition, Doc. 1, be summarily dismissed without prejudice to the filing of a § 2254 petition following entry of judgment in state court and exhaustion of state court remedies. Petitioner has not objected to the recommendation, and the time for doing so has passed. Petitioner's copy of the report and recommendation was returned as undeliverable from the Duval County Jail. Petitioner was released from custody and is now under probation felony supervision. Petitioner's copy of the report and recommendation was also returned as undeliverable from her home address. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.     The Report and Recommendation of the Magistrate Judge, Doc. 14, is ADOPTED and incorporated herein.

    2.     Petition for writ of habeas corpus, Doc.1, is DISMISSED without prejudice.

    **DONE AND ORDERED** this _31st_ day of May, 2011

                                            *s/Maurice M. Paul*
                                   Maurice M. Paul, Senior District Judge